Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRUCE A. SIMON,

Defendant.

No. CR09-308RAJ

ORDER CONTINUING TRIAL
DATE AND EXTENDING
PRETRIAL MOTIONS FILING
DATE

THIS MATTER having come before the Court on Defendant's unopposed

motion  to continue the trial date and extend the motions filing deadline, and good

cause appearing therefore, the Court hereby adopts the facts justifying a continuance

as set forth in the record and in the unopposed motion, and makes the following

findings of fact and conclusions of law:

1.  The ends of justice served by granting the motion and continuing the trial

date outweigh the best interests of the public and the defendant in a speedy trial.

18 U.S.C. §3161(h)(7)(A).

2.  Proceeding to trial absent adequate time for the defense to prepare would

result in a miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(I).

6c6fddda29ea95ba

3.  The defendant needs additional time to explore all relevant issues and defenses applicable to the case.  Given this, it would be unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act and as currently set for this case. 18 U.S.C. §3161(h)(7)(B)(ii).

4.  Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant reasonable time for effective preparation of his defense.  18 U.S.C. §3161(h)(7)(B)(iv).

NOW THEREFORE, IT IS HEREBY ORDERED that defendant's unopposed motion to continue trial date and motions filing deadline (Dkt. #25) is GRANTED.  The trial date in this matter is continued from November 1, 2015, to January 11, 2016 at 9:00 a.m.  The resulting period of delay from the date of this order, up to and including the new trial date of January 11, 2016, is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(7)(A) and (B).

IT IS FURTHER ORDERED that all pretrial motions, including motions in limine, shall be filed no later than December 17, 2015.

DATED this 15th day of October, 2015.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE
AND EXTENDING PTM DEADLINE - 2