Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRUCE ALLAN SIMON,<br><br>Defendant. | NO. CR15-0292RAJ<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on motion of the United States for entry of a Final Order of Forfeiture with respect to the following assets:

(a) One (1) ROBINSON R22 Helicopter, bearing Tail Identifier "C-FRIU".

On February 19, 2016, this Court entered a Stipulated Preliminary Order of Forfeiture in the above-captioned case forfeiting the interest of Defendant BRUCE ALLAN SIMON in the above-described property.

This motion is based upon the guilty plea of BRUCE ALLAN SIMON to the offense of *Importation of Controlled Substances*, as charged in Count Two (2) of the Indictment, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and (b)(3), and Title 18, United States Code, Section 2, and upon the terms of the defendant's Plea Agreement, in which the defendant agrees that the above-described property is subject to forfeiture as property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly as a result of the offense, or that was used, or intended to

1  be used, in any manner or part, to commit, or to facilitate the commission of the offense
2  to which the defendant has pleaded guilty.
3      Pursuant to Title 21, United States Code, Section 853(n), the United States
4  published notice on an official government forfeiture website, currently
5  www.forfeiture.gov for thirty (30) days beginning May 26, 2016.  In the publication the
6  United States published notice of the Preliminary Order of Forfeiture and the intent of the
7  United States to dispose of the property in accordance with law.  This notice further
8  stated that any person other than the defendant having or claiming an interest in the
9  property was required to file a petition with the Court within sixty (60) days of the first
10 date of publication, setting forth the nature of the petitioner's right, title, and interest in
11 the property.
12     On or about September 14, 2016, a copy of the Stipulated Preliminary Order of
13 Forfeiture in the above-captioned criminal case was sent to CDH Corporate Jet Services
14 LTD, via U.S. Postal Service regular mail as well as certified mail, return receipt
15 requested.  The certified letter was unclaimed, and it was returned to the United States on
16 or about November 28, 2016.
17     All persons and entities believed to have an interest in the property subject to
18 forfeiture were given proper notice of the intended forfeiture.
19     No petitioners have come forward to assert an interest in the forfeited property,
20 and the time for doing so has expired.
21     Accordingly, IT IS ORDERED, ADJUDGED and DECREED that the following
22 property is hereby fully and finally condemned and forfeited to the United States in its
23 entirety:
24     (a)   One (1) ROBINSON R22 Helicopter, bearing Tail Identifier "C-FRIU".
25     IT IS FURTHER ORDERED, ADJUDGED and DECREED that no right, title, or
26 interest in the above-described property shall exist in any other party.  The United States
27 Department of Homeland Security, Customs and Border Patrol and/or their authorized
28

1  agents/representatives is authorized to dispose of the above-listed property in accordance
2  with the law.
3      DATED this 13th day of December, 2016.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge